EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Jacqueline N. Font Guzmán | 2013 TSPR 3 <br><br> 187 DPR ____ |

Número del Caso: TS-11592

Fecha: 10 de enero de 2013

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte,

Jacqueline N. Font Guzmán         TS-11,592

RESOLUCIÓN

San Juan, Puerto Rico, a 10 de enero de 2013.

Examinada la *Moción Solicitud de Cambio a Estatus de Abogada Activa en el Registro Único de Abogados y Abogadas*, se declara con lugar. Se ordena a la Secretaría registrar el cambio en el Registro Único de Abogados y Abogadas.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo